CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

APR 07 2022

JULIA C. DUDLEY, CLERK
BY: s/ H. MCDONALD
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| SHANI ADIA MCCALL, | ) | |
| Plaintiff, | ) | Case No. 4:21-cv-00014 |
| v. | ) | **ORDER** |
| FLAGSHIP CREDIT ACCEPTANCE, | ) | By:   Hon. Thomas T. Cullen |
| | ) |         United States District Judge |
| Defendant. | ) | |

For the reasons stated in the court's Memorandum opinion, it is **ORDERED** that Defendants' Motion to Dismiss (ECF No. 33) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

The clerk is directed to send a copy of this Order and accompanying Memorandum Opinion to the parties and close this case.

**ENTERED** this 7th day of April, 2022.

/s/ Thomas T. Cullen
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE